# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ANNA GRIFFIS,

       Petitioner

       v.

WORKERS' COMPENSATION APPEAL
BOARD (ALBERT EINSTEIN
HEALTHCARE NETWORK),

       Respondents

: No. 298 EAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.